UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EFREN HERAS,

                Plaintiff,

    -against-

GOURMET SWEETS, a/k/a SHAHAZAD, LLC,

                Defendant.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ OCT 16 2015 ★

BROOKLYN OFFICE

ORDER
14 CV 5134 (ILG) (MDG)

GLASSER, United States District Judge:

A Report and Recommendation of Magistrate Judge Go, dated September 28, 2015, recommended that the Court dismiss this action with prejudice for failure to prosecute, pursuant to Federal Rules of Civil Procedure 41(b). Any objections were to be made on or before October 15, 2015 and failure to do so would waive the right to appeal. As of this date, no objection has been filed.

The Report and Recommendation, which thoroughly reviewed the facts is, after due consideration, hereby adopted in its entirety and this case is dismissed with prejudice.

SO ORDERED.

Dated:    Brooklyn, New York
           October 16, 2015

                                                        s/
                                            I. Leo Glasser

Filed by ECF and copy mailed to:
Efran Heras
34-15 94th Street, Apt. 12
Jackson Heights, NY 11372